FORM L51 Final Decree  (v.7.06)

11–62835 – B – 7



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert E. Coyle United States Courthouse**
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**3/30/12**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

hgof

## FINAL DECREE

**Case Number:**     11–62835 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Salvador L. Chiaramonte
xxx–xx–9201

1944 Tollin Road
Tulare, CA 93274

Pamela M. Chiaramonte
xxx–xx–2361

1944 Tollin Road
Tulare, CA 93274

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Chiaramonte Construction, Inc.
Chiaramonte Plumbing
PCSC Investments, LLC

Pam Pires Chiaramonte

**Trustee:**

Sheryl Ann Strain
575 E. Alluvial Ave #101
Fresno, CA 93720

**Telephone Number:**     559–435–2100

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
3/30/12

For the Court,
Wayne Blackwelder , Clerk